# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAURICE E. JENKINS,**

    **Plaintiff,**

**vs.**                                           **Case No. 4:17cv336-MW/CAS**

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case on July 31, 2017, by filing a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed with in forma pauperis status, ECF No. 2. An Order was entered August 2, 2017, advising Plaintiff that his motion was insufficient. ECF No. 4. Plaintiff was required to file a copy of his inmate bank account statement in support of his motion along with a signed Prisoner Consent Form. *Id.* On the same day that Order was entered, Plaintiff filed a notice of change of address indicating he was no longer incarcerated in the Department of Corrections but had been released and was in Douglas, Georgia. ECF No. 5. That information was noted in time to mail the Order to Plaintiff at his new

address, as well as the address used at case initiation, and provide him with the proper forms so he could resubmit his in forma pauperis motion. The docket reveals the Order was mailed to Plaintiff in Georgia, as well as to the Reception and Medical Center address.

On August 14, 2017, the copy of the Order which was sent to the Reception and Medical Center was returned to the Court as undeliverable with a stamp indicating Plaintiff had been released. ECF No. 7. Mail sent to the Georgia address was not returned to the Court. It is presumed that Plaintiff received the Order. However, nothing has been received from Plaintiff. Plaintiff was warned that this case may be dismissed if he did not comply. ECF No. 4. It now appears Plaintiff has abandoned this litigation. Accordingly, this case should be dismissed for failure to prosecute and comply with a Court Order.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on September 25, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**