IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE E. JENKINS,

    Plaintiff,

v.                            Case No. 4:17cv336-MW/CAS

JULIE JONES, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED** for failure to comply with a court order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close the file.

**SO ORDERED** on October 24, 2017.

                                        s/Mark E. Walker          
                                        **United States District Judge**